UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| DONNELL OWENS, | : | |
| | : | 29 U.S.C. § 501(c) (Embezzlement and |
| Defendant. | : | Theft of Labor Union Assets) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From on or about July of 2015, through on or about June of 2018, in the District of Columbia and elsewhere, Defendant **DONNELL OWENS**, while a person employed directly and indirectly, by the American Federation of Government Employees, a national labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and unwillingly abstract and convert to his own use the moneys, funds, property, and other assets of said labor organization in the approximate amount of $275,524.

(Embezzlement and Theft of Labor Union Assets, in violation of Title 29, United States Code, Section 501(c))

### FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in this Information, **DONNELL OWENS** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of **DONNELL OWENS**

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

**DONNELL OWENS** shall forfeit to the United States any other property of **OWENS'** up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: *(signature)*
ANNE P. MCNAMARA
Assistant United States Attorney
D.C. Bar No. 1006550
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 809-3502
Email: Anne.McNamara2@usdoj.gov

2