# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.           )<br> )<br>DONNELL OWENS,        )<br> )<br>  Defendant.    )<br> ) | Criminal Action No. 21-602 (RBW) |

## ORDER

Upon consideration of the defendant's Consent Motion to Delay Self Surrender to the United States Bureau of Prisons, and for good cause shown, it is hereby

**ORDERED** that the defendant's Consent Motion to Delay Self Surrender to the United States Bureau of Prisons, ECF No. 34, is **GRANTED**. It is further

**ORDERED** that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by September 10, 2022.

**SO ORDERED** this 8th day of August, 2022.

_____
REGGIE B. WALTON
United States District Judge