UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 21-602 (RBW) |
| DONNELL OWENS, | ) |
| Defendant. | ) |

### ORDER

The Court requiring additional information regarding the request in the letter submitted to the Court by the defendant, ECF No. 36, it is hereby

**ORDERED** that, on August 25, 2022, at 12:00 p.m., the parties shall appear before the Court for a status hearing, via videoconference.

**SO ORDERED** this 23rd day of August, 2022.

/s/ Reggie B. Walton

REGGIE B. WALTON
United States District Judge